

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2020

No. 04-20-00080-CV

Rosanna **BARRERA**, Jenesey Barrera and Sage Barrera,
Appellants

v.

Dean **CHERER** & Chererco LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1394-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

In this appeal, Appellants Jenesey Barrera, Sage Maricela Barrera, and Rosanna Lee have each filed a Statement of Inability to Afford Payment of Court Costs. *See* TEX. R. APP. P. 20.1(c); TEX. R. CIV. P. 145(b), (e).

Appellants are entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.1(c).

We REINSTATE the appellate timetable. The clerk's and reporter's records are due within THIRTY DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court